RECEIVED

SEP - 8 2011

TONY R. MOORE, CLERK
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

T. BERRY (XXX-XX-3180)

VERSUS

U.S. COMMISSIONER SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION NO. 10-cv-1135

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the court's opinion.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE